SCHROEDER, Respondent, v. MEYER, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by George J. Schroeder against Ehler Meyer.

PER CURIAM. Motion granted and order resettled by inserting a recital that the appeal was argued before five justices of this court, and the decision concurred in by four; the remaining justice having, prior to the decision, been appointed a member of the Court of Appeals. See Town of North Hempstead v. El-

dridge (decided by this court March 2, 1906), 98 N. Y. Supp. 157.